IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLUE BIRD BODY COMPANY, <br> Plaintiff | § § § | |
| VS. | § § | C.A. NO. 4:09-cv-3058 |
| M.V. *Global Patriot, et al.*, <br> Defendants | § § § | |

## GLOBAL CONTAINER LINES LIMITED'S SUGGESTION OF BANKRUPTCY

TO JUDGE LYNN HUGHES:

On November 10, 2009, Defendant Global Container Lines Limited filed a Chapter 11 Voluntary Petition for Bankruptcy in the United States Bankruptcy Court for the Eastern District of New York, Case No. 8-09-78585-AST. A copy of that filing is attached as Exhibit A. A copy of the docket report is attached as Exhibit B.

Pursuant to Section 362(a) of the Bankruptcy Code, the filing of the Bankruptcy Petition operates as an automatic stay of this action as to Defendant Global Container Lines Limited.

                                                Respectfully submitted,

By: _/s/ Mark Cohen_____
                                                Mark Cohen
                                                State Bar No. 04508395
                                                Federal Bar No. 2807
                                                1010 Lamar Street, Suite 1000
                                                Houston, Texas 77002-6314
                                                Telephone: (713) 224-0628
                                                Facsimile: (713) 224-7487
                                                Email: mcohen@cgptexas.com
                                                Attorney-in-Charge for Defendant
                                                Global Container Lines, Ltd.

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1st___ day of March 2010, a true and correct copy of the Suggestion of Bankruptcy was served upon the following counsel of record:

Ronald J. Kitto
Philip S. Brooks, Jr.
Kenneth J. Gelpi, Jr.
Montgomery Barnett, L.L.P.
3200 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
*By Notice of Electronic Filing*

William A. Durham
Mary Holmesly
Eastham, Watson, Dale & Forney, L.L.P.
20th Floor, Niels Esperson Building
808 Travis
Houston, Texas 77002
*By Notice of Electronic Filing*

_____
Of Cohen, Gorman & Putnam, L.L.P.

01664.pleadings.suggestion of bankrtupcy.03/01/10