**SUGGESTION OF BANKRUPTCY**

# EXHIBIT A

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Global Container Lines Limited** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**11-3024523** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Quentin Roosevelt Boulevard**<br>**Garden City, NY**<br>ZIP Code **11530** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Africa, Middle East, India, Pakistan** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | | **Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(1/08) | Page 2 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Global Container Lines Limited** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed: **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **See Exhibit A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Global Container Lines Limited** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Matthew G. Roseman**
Signature of Attorney for Debtor(s)

**Matthew G. Roseman MR-1387**
Printed Name of Attorney for Debtor(s)

**Cullen and Dykman LLP**
Firm Name

**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

_____
Address

**516-357-3700**
Telephone Number

**November 10, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Bijan Paksima**
Signature of Authorized Individual

**Bijan Paksima**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**November 10, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of New York

In re   **Global Container Lines Limited**                                              Case No. _____
                                                    Debtor(s)                            Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Blue Sea Capital<br>62 Southfeld Avenue<br>Building 2 Suite 214<br>Stamford, CT 06902 | Blue Sea Capital<br>62 Southfeld Avenue<br>Building 2 Suite 214<br>Stamford, CT 06902 | | | 145,500.00 |
| Briarcliffe Ltd. Caterina<br>Akin, Gump, Straus, Hauer<br>590 Madison Avenue<br>attn. Heidi Liss<br>New York, NY 10022 | Briarcliffe Ltd. Caterina<br>Akin, Gump, Straus, Hauer<br>590 Madison Avenue<br>New York, NY 10022 | | | 2,862,382.00 |
| Briarcliffe ltd. Loan<br>c/o Akin Gump Strauss<br>Hauer & Feld LLC<br>590 Madison Avenue<br>New York, NY 10022 | Briarcliffe ltd. Loan<br>c/o Akin Gump Strauss<br>Hauer & Feld LLC<br>New York, NY 10022 | | | 1,885,020.00 |
| Comet Shipping Nigeria Lt<br>c/o Michael J Carcich<br>Wall Street Plaza<br>88 Pine Street 7th Fl<br>New York, NY 10005 | Comet Shipping Nigeria Lt<br>c/o Michael J Carcich<br>Wall Street Plaza<br>New York, NY 10005 | | Disputed | 191,713.00 |
| DeWitt Stern Imperatore<br>harborside Financial Cent<br>Plaza Five Suite 1510<br>Jersey City, NJ 07311 | DeWitt Stern Imperatore<br>harborside Financial Cent<br>Plaza Five Suite 1500<br>Jersey City, NJ 07311 | | Disputed | 828,534.50 |
| Dewitt Stern Imperatore<br>PI Insurance<br>Harbourside Financial Ctr<br>Jersey City, NJ 07311 | Dewitt Stern Imperatore<br>PI Insurance<br>Harbourside Financial Ctr<br>Jersey City, NJ 07311 | | Disputed | 574,896.00 |
| Keybank Equipment Finance<br>66 South Pearl Street<br>Albany, NY 12207 | Keybank Equipment Finance<br>66 South Pearl Street<br>Albany, NY 12207 | | Disputed | 9,083,000.00 |
| Keybank National<br>Association<br>66 South Pearl Street<br>Albany, NY 12207 | Keybank National<br>Association<br>66 South Pearl Street<br>Albany, NY 12207 | | Disputed | 5,195,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    Global Container Lines Limited                   Case No. _____
                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mercur International for Development Co Ltd. Faisal Islamic Bank Bldg. 5th Floor Port Sudan | Mercur International for Development Co Ltd. Faisal Islamic Bank Bldg. 5th Floor Port Sudan | | | 3,824,566.00 |
| National Bank of Pakistan 100 Wall Street New York, NY 10005 | National Bank of Pakistan 100 Wall Street New York, NY 10005 | line of credit | | 4,953,000.00 |
| NSPO Eqypt | NSPO Eqypt | | Disputed | 137,500.00 |
| SDV Ghan Limited c/o Weber Gallagher Simpson Stapleon Fires & 2000 Market St. 13 Fl. Philadelphia, PA 19103 | SDV Ghan Limited c/o Weber Gallagher Simpson Stapleon Fires & Philadelphia, PA 19103 | | Disputed | 445,175.00 |
| Seacastle Container Leasing 1 Maynard Drive Park Ridge, NJ 07656 | Seacastle Container Leasing 1 Maynard Drive Park Ridge, NJ 07656 | | Disputed | 360,648.00 |
| Spedag East Africa Ltd. Kriegackerstasse 91 Muttenz 4002 Basel Switzerland | Spedag East Africa Ltd. Kriegackerstasse 91 Muttenz | | Disputed | 797,342.00 |
| Tanzania Road Haulage PO Box 21493 Nelson Mandela Expressway Dar Es Salaam, Tanzania | Tanzania Road Haulage PO Box 21493 Nelson Mandela Expressway | | Disputed | 1,267,500.00 |
| Textainer Equipment 650 California Street 16th Floor San Francisco, CA 94108 | Textainer Equipment 650 California Street 16th Floor San Francisco, CA 94108 | | Disputed | 164,633.15 |
| Textainer Equipment Management 650 California Street 16th Floor San Francisco, CA 94108 | Textainer Equipment Management 650 California Street San Francisco, CA 94108 | | Disputed | 137,427.00 |
| TSG Technical Services 2215 M Street Northwest Washington, DC | TSG Technical Services 2215 M Street Northwest Washington, DC | | Unliquidated | 229,954.64 |
| United States Dept of Agriculture Kansas City Commodity PO Box 419205 Kansas City, MO 64114 | United States Dept of Agriculture Kansas City Commodity Kansas City, MO 64114 | | | 145,785.00 |
| US Bureau of Customs and Border Protection PO Box 70946 Charlotte, NC 28272 | US Bureau of Customs and Border Protection PO Box 70946 Charlotte, NC 28272 | | | 131,654.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Global Container Lines Limited**  
                          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 10, 2009**        Signature  **/s/ Bijan Paksima**  
                                                             **Bijan Paksima**  
                                                             **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Abdulkader Kordoughli
PO Box 1897
Lattakia, Syria


AND Group PLC
Tanners Bank
North Shields, Tyne and W
NE30 1JH United Kingdom


Applied Weather
Technology
158 Commercial Street
Sunnyvale, CA 94086


Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902


Blue Sea Capital, Inc.
62 Southfield Avenue
Stamford, CT 06902


Briarcliffe Ltd. Caterina
Akin, Gump, Straus, Hauer
590 Madison Avenue
attn. Heidi Liss
New York, NY 10022


Briarcliffe ltd. Loan
c/o Akin Gump Strauss
Hauer & Feld LLC
590 Madison Avenue
New York, NY 10022


C.R. Cushing & Co., Inc.
30 Vessey Street
7th Floor
New York, NY 10007


CAI International Inc.
One Embarcadeo Center
Suite 2101
San Francisco, CA 94111

```
CAI-Interpool, LLC
One Embarcadero Center
Suite 2101
San Francisco, CA 94111


Comet Shipping Nigeria Lt
c/o Michael J Carcich
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005


Consilium
PO Box 8018
SAIF Zone
Sharjah, UAE


Container Applications
Limited
One Embarcadero Center
Suite 2102
San Francisco, CA 94111


Crew Wages-MV Caterina
c/o Engima Shipping
Liberia


Cux Parts
D-27607 Langen, Germany


Dan Bunkering ltd.
Strandvejen 5
PO Box 71
DK05500 Middelfart
Denmark


Descartes Systems(USA)LLC
Power Ferry Business Park
Suite 520 Building 500
2030 Powers Ferry Road SE
Atlanta, GA 30339


DeWitt Stern Imperatore
harborside Financial Cent
Plaza Five Suite 1510
Jersey City, NJ 07311
```

```
Dewitt Stern Imperatore
PI Insurance
Harbourside Financial Ctr
Jersey City, NJ 07311


Dewitt Stern Imperatore
Container Insurance
Harbourside Financial Ctr
Plaza Five Suite 1500
Jersey City, NJ 07311


Dewitt Stern Imperatore
(FD & D)
Harbourside Financial Ctr
Plaza Five Suite 1500
Jersey City, NJ 07311


Dewitt Stern Imperatore
(H&M)
Harbourside Financial Cr.
Plaza Five Suite 1500
Jersey City, NJ 07311


Elcome International
Dubai Investments Park
PO Box 1788
Dubai, UAE


GE Seaco Charleston
215 East Bay Street
Suite 403-C
Charleston, SC 29401


Groupe Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France


Hiller Systems, Inc.
PO Box 91508
Mobile, AL 36691


Intercargo Clearing and
Forwarding
Q. Asatique
Av. Des Payans
BP Bujumbura
```

Intercargo S.A.
Q. Asatique
Av. Des Payans
BP Bujunbra


Interpool Limited
211 College Road East
Princeton, NJ 08540


Interpool, Inc.
Princeton, NJ 08540


James J. Flanagan
Stevedores
595 Orleans
Suite 1500
Beaumont, TX


Keraba and Bayo Freight
Transport
PO Box 2075
Addis Ababa, Ethiopia


Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207


Keybank National
Association
66 South Pearl Street
8th Floor
Albany, NY 12207


Keybank National
Association
66 South Pearl Street
Albany, NY 12207


Legge Farrow Kimmit
McGrath & Brown
6363 Woodway
Suite 400
Houston, TX 77057

Lilo Transport P.L.C.
Bada Street House
No. 19-23
Asmara, Eritrea


Mercur International for
Development Co Ltd.
Faisal Islamic Bank Bldg.
5th Floor
Port Sudan


Middle East Express
PO Box 622
Sharjah, UAE


Multistar Tank Leasing
Company LLC
18333 Egret Bay Boulevard
Suite 410
Houston, TX 77058


National Bank of Pakistan
100 Wall Street
New York, NY 10005


NCOS for Logistic and
Customs NCOS


Nicoletti Hornig &
Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005


Potomac Maritime
1729 Wisconsin Avenue
2nd Floor
Washington, DC 20007


Rhine Marine
PO Box 86710
Dubai, UAE


Saeed Marine
PO Box 50636
Dubai, UAE

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103


Sea Castle Container
Leasing
1 Matnard Drive
Park Ridge, NJ 07656


Sea Pride Enterprises
Comboni Street
PO Box 76
Port Sudan, Sudan


Seacastle Container
Leasing
1 Maynard Drive
Park Ridge, NJ 07656


Seacastle Container
Leasing LLC
1 Maynard Drive
Park Ridge, NJ 07656


Seven Sea Shipchandlers
PO Box 5592
Dubai, UAE


Sigma Paints
PO Box 52781
Duabi, UAE


Spedag East Africa Ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland


Stratos
Xantic Sales B.V.
34 Harvey Road
PO Box 5754
St. Johns, CA

Syed Amjad Hussain & Co
12, Cour chambers
Syedna Tahir Saifuddin Rd
Karachi, OK 74200


TAL International
Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2135


Talk International
Container Corp.
100 Manhattanville Road
Purchase, NY 10577


Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania


Tencarva Machinery Co.
Jay A Press P.C.
115 Broad Hollow Road
Suite 350
Melville, NY 11747


Textainer Equipment
Management
650 California Street
16th Floor
San Francisco, CA 94108


Textainer Equipment
650 California Street
16th Floor
San Francisco, CA 94108


Textainer Equipment
Management (US) Limited
650 California Street
San Francisco, CA 94108


Thocomar Shipping Senegal
1 Rue Parent
B.P. 1781 Daker
Senegal

Tosi Maritime Consultants
PO Box 5488
Washington, DC 20016


Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459


Trans Ethiopia Private


TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577


Triton Container
International Limited
55 Green Street
San Francisco, CA 94111


TSG Technical Services
2215 M Street Northwest
Washington, DC


U.S. Department of
Homeland Security
1430 A Kristina Way
Chesapeake, VA 23326


Uni Global Business
Bangladesh
Taher Tower 9th Floor
Circle 2
Dhaka-1212


United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114


US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

US Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272


W.K. Webster & Co Ltd.
Christopher House
Station Road
Sidcup, Kent DA15 7BS
United Kingdom


World Food Program
Via Cesare Giulio Viola
Parco de'Medici
00148 Rome Italy