| United States District Court | Southern District of Texas |
|---|---|

Blue Bird Body Company, §
§
Plaintiff, §
§
versus § Civil Action H-09-3058
§
Azure Shipping Corp., S.A., et al., §
§
Defendants. §

## Partial Dismissal

1. M/V golden Patriot is dismissed for lack of service.

2. Redstone Shipping Corporation is dismissed for lack of service.

3. Global Container Lines, Ltd., is dismissed for being improvidently named.

Signed on March 1, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge