| United States District Court | Southern District of Texas |
|---|---|

Blue Bird Body Company, §
§
Plaintiff, §
§
versus § Civil Action H-09-3058
§
Azure Shipping Corp., S.A., §
§
Defendant. §

## Final Dismissal

On the plaintiff's notice, this case is dismissed without prejudice; costs of court will be paid by the party incurring them.

Signed on March 4, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge